IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

RECEIVED

JAN 25 2022

FLORENCE, S.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO: 4:22-57 |
| | ) | |
| v. | ) | |
| | ) | **ORDER FOR** |
| **HUMBERTO MUNOZ SALAS** | ) | **BENCH WARRANT** |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant,

HUMBERTO MUNOZ SALAS, as requested by the United States Attorney. Amount and

conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

Florence, South Carolina
January 25, 2022

I SO MOVE:

COREY F. ELLIS
UNITED STATES ATTORNEY

By: _____
Katherine H. Flynn (#13103)
Assistant United States Attorney
401 W Evans Street, Suite 222
Florence, SC 29501
(843) 665-6688
katherine.flynn@usdoj.gov