CLOSED

# U.S. District Court
## DISTRICT OF ARIZONA (Tucson Division)
## CRIMINAL DOCKET FOR CASE #: 4:22-mj-05078-N/A-LAB-1 *SEALED*
### Internal Use Only

Case title: USA v. SEALED

Other court case number: 4:22cr57 District of South Carolina

Date Filed: 10/21/2022

Date Terminated: 10/25/2022

Assigned to: Magistrate Unassigned
Referred to: Magistrate Judge Leslie A Bowman

**Defendant (1)**

**Humberto Munoz Salas**
*TERMINATED: 10/25/2022*

represented by **Benjamin Daniel Singerman**
Federal Public Defenders Office - Tucson
407 W Congress St., Ste. 501
Tucson, AZ 85701-1310
520-879-7599
Fax: 520-879-7600
Email: ben_singerman@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment

**Pending Counts**                          **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                       **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                              **Disposition**
21:841(a)(1), (b)(1)(A), (b)(1)(B),
(b)(1)(C), 846, 856, 881; 18:2; 28:2461(c)

**Plaintiff**

**USA**              represented by   **Heather Nicole Siegele**
US Attorneys Office - Tucson, AZ
405 W Congress St., Ste. 4800
Tucson, AZ 85701-4050
520-620-7367
Email: heather.siegele@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 10/19/2022 | 1 | ☐ | Arrest (Rule 40) of Humberto Munoz Salas. (cc: AUSA, Heather Siegele; FPD Benjamin Singerman) (DLC) (Entered: 10/24/2022) |
| 10/21/2022 | 🔒 2 | ☐ | *SEALED* Rule 5(c)(3) Documents: Sealed Indictment from the District of South Carolina as to Humberto Munoz Salas by Humberto Munoz Salas. (cc: AUSA Heather Siegele) (DLC) (Entered: 10/24/2022) |
| 10/21/2022 | 3 | ☐ | MINUTE ENTRY for proceedings held before Magistrate Judge Maria S Aguilera: Initial Appearance in Rule 5(c)(3) Proceedings as to Humberto Munoz Salas held on 10/21/2022. Defendant states true name to be SAME. Defendant shall be temporarily detained in the custody of the United States Marshal. Under Criminal Rule 5(f), the Government is ordered to comply with its disclosure obligations under Brady v. Maryland and related cases. Failure to do so may result in sanctions. **Appearances**: AUSA Vincent Sottosanti (duty) for the Government - AUSA Heather Siegele is assigned for the Government. AFPD Benjamin Singerman appointed and present for defendant. Defendant is present and in custody. SPANISH Interpreter Liliana Nido assists defendant. **Detention/Removal Hearings set for 10/25/2022 at 10:30 AM before Magistrate Judge D Thomas Ferraro.** (Recorded by COURTSMART.) Hearing held 3:19 PM to 3:25 PM. (cc: AUSA, Heather Siegele; FPD, Benjamin Singerman; PTS)(DLC) (Entered: 10/24/2022) |
| 10/21/2022 | 🔒 4 | ☐ | SEALED CJA 23 Financial Affidavit by Humberto Munoz Salas. (DLC) (Entered: 10/24/2022) |
| 10/24/2022 | 5 | ☐ | ORDER as to Humberto Munoz Salas, Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, Brady v. Maryland, 373 U.S. 83 (1963), and all applicable decisions from the Supreme Court and the Ninth Circuit interpreting Brady, the government has a continuing obligation to produce all information or evidence known to the government relating to guilt or punishment that might reasonably be considered favorable to the defendant's case, even if the evidence is not admissible so long as it is reasonably likely to lead to admissible evidence. Accordingly, the court orders the government to |

| | | | |
|---|---|---|---|
| | | | produce to the defendant in a timely manner all such information or evidence. Signed by Magistrate Judge Maria S Aguilera on 10/21/2022. (cc: cc: AUSA, Heather Siegele; FPD, Benjamin Singerman)(DLC) (Entered: 10/24/2022) |
| 10/25/2022 | 6 | ☐ | MINUTE ENTRY for proceedings held before Magistrate Judge D Thomas Ferraro: Status Conference Re: Detention Hearing as to Humberto Munoz Salas held on 10/25/2022. Rule 5(c)(3) Identity/Removal Hearings waived. Warrant of Removal to be issued. IT IS ORDERED the United States Marshal shall promptly remove the Defendant from the District of Arizona, to the District of South Carolina (Florence) for further proceedings.<br><br>**Appearances**: AUSA Ryan DeJoe (duty) for the Government. AFPD Benjamin Singerman for defendant. Defendant is present and in custody. SPANISH Interpreter Ignacio Barrientos assists defendant. (Recorded by COURTSMART.) Hearing held 10:54 AM to 11:05 AM. (cc: AUSA; AFPD B. Singerman; PTS; USMS)(DLC) (Entered: 10/25/2022) |
| 10/25/2022 | 7 | ☐ | WAIVER of Rule 5(c)(3) Hearing by Humberto Munoz Salas. (cc: AUSA; FPD B. Singerman; PTS; USMS) (DLC) (Entered: 10/25/2022) |
| 10/25/2022 | 8 | ☐ | COMMITMENT TO ANOTHER DISTRICT as to Humberto Munoz Salas. Defendant committed to District of District of South Carolina. Signed by Magistrate Judge D Thomas Ferraro on 10/25/2022. (cc: AUSA; AFPD B. Singerman; PTS; USMS)(DLC) (Entered: 10/25/2022) |

[ View Selected ]

or

[ Download Selected ]